MOREIRA CONSTRUCTION CO., INC. PLAINTIFF - APPEL-
LANT, v. MORETRENCH CORPORATION, DEFENDANT-
APPELLANT.

Argued March 19, 1968—Decided April 1, 1968.

*Mr. George J. Kenny* argued the cause for appellant
(*Messrs. Pindar, McElroy, Connell & Foley*, attorneys).

*Mr. Clifford W. Starrett* argued the cause for respondent
(*Messrs. Schenck, Price, Smith & King*, attorneys).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion of the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN—7.

*For reversal* — None.